UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-9414-GW(SSx) | Date | October 23, 2019 |
|---|---|---|---|
| Title | *Lisa Friedman v. Jillian Michaels, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS:** IN CHAMBERS - RULING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION PURSUANT TO FED. R. CIV. P. 23(B)(2) AND (B)(3) AND TO BE APPOINTED CLASS COUNSEL [29]

The Court adopts its October 10, 2019 tentative ruling (Dkt. No. 67) as its final order as to the Motion for Class Certification. The Court will discuss with the parties what effect, if any, the Court's ruling on Defendants' Motion for Summary Judgment should have on the class as certified.

:

Initials of Preparer   JG